PAUL DICKEY, Appellant, *v.* CHRISTOPHER A. GORTNER, Respondent.

(Submitted June 2, 1919; decided June 6, 1919.)

Motion for re-argument denied, with ten dollars costs. (See 223 N. Y. 531; 226 N. Y. 620, 688.)

---

OTTILIE HEUMAN, Appellant, *v.* M. H. POWERS COMPANY, Respondent.

(Submitted June 2, 1919; decided June 6, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 226 N. Y. 205.)

---

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, *v.* QUEENS COUNTY TRUST COMPANY, Respondent.

(Submitted June 2, 1919; decided June 6, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 226 N. Y. 225.)